**No. 48874.**—Protest 36595–K of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 47099 the protest was sustained.